FILED

Rev. 5/20

## United States District Court

2022 SEP -2 PM 2: 28

Middle District of Florida
Fort Myers Division

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Guillermo Garcia Hembree
*(In the space above enter the full legal name of the plaintiff)*

-against-

Michael S. Rojas

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include
addresses here.)*

Case No: 2:22CV302SPCKCD

(To be filled out by Clerk's
Office only)

## COMPLAINT

*(Pro Se* Confined Litigant)

Jury Demand?
☒ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.**

Rev. 5/20

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement; claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

■    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)* (federal defendants)

## II.    PLAINTIFF INFORMATION

Hembree, Guillermo, G.            Will Hembree
Name (Last, First, MI)            Aliases

287689
Identification #

Lee County Jail
Place of Detention

2501 Ortiz Avenue
Institutional Address

Lee, Fort Myers    Florida    33905
County, City    State    Zip Code

## III.    STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

■    Pretrial detainee
☐    Civilly committed detainee
☐    Immigration detainee
■    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

Rev. 5/20

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Rojas, Michael
Name (Last, First)

Narcotic's Detective - Lee County Sheriffs
Current Job Title

14750 Six Mile Cypress Parkway
Current Work Address

Lee, Fort Myers          Florida    33912
County, City                  State            Zip Code

Defendant 2: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City                  State            Zip Code

Rev. 5/20

**Defendant(s) Continued**

Defendant 3: _____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

County, City                    State            Zip Code

Defendant 4: _____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

County, City                    State            Zip Code

[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Rev. 5/20

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _1270 Betmar Blvd., North Fort Myers_

Date(s) of occurrence: _May 6th – May 7th 2020_

State which of your federal constitutional or federal statutory rights have been violated:

_1.) Sixth Amendment (6th)_
_2.) fourteenth Amendment (14th)_

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you. All facts shall be set forth in separately numbered paragraphs. See Fed. R. Civ. P. 10(b).*

FACTS:

What happened to you?

The following are facts that support my case, and how the defendant in this action Deputy Michael Rojas, was personally involved in which caused me bodily harm.

On May 7th 2020, Michael Rojas, Deputy of the Lee County Sheriffs office did negligently cause me bodily harm that did result in injury. On the morning of May 7th 2020 a ambulance was called to 1270 Betmar Blvd., North Fort Myers, Florida because Deputy Michael S. Rojas did punch me in the chest; forcefully slammed me on my back causing minor laceration, bruising; cuts, and Deputy Rojas did knee me in the groin causing me to urinate blood, causing me physical injury as a

Page 5 of 10

Rev. 5/20

result of his actions.

      At the time when I was slammed on my back, I did have handcuffs on which was why the doctors conclusion on medical records were consistant with the injuries caused by deputy Rojas. Deputy Rojas was aware of his violent, negligent, actions because he completely omitted me being transported to hospital by ambulance entirely in his police report. According to his police report, he said I went straight from my residence to the Lee County Jail without further incident. When asked about this in his deposition done on December 17th 2021, Deputy Rojas states "I had already filed his report". This turned out to be a lie. His report was filed at 10:35am on morning of incident. I left Cape Coral Hospital at 4:50ish am that same morning. He knew he did wrong.

      When deputy Rojas violently kneed me in groin, it was because after slamming me on my back, on the back seat of his police vehicle, I fell to the floorboard with my waist to feet hanging out of his vehicle. I didn't move fast enough for him (because I was in excruciating pain) to get inside of vehicle, so he kneed me in my groin. I was screaming as loud as I could "HELP", "I NEED HELP", over and over again. Deputy Rojas was trying to get me to shut up and into his vehicle before neighbors started to come outside. All this started because Rojas asked me to get into vehicle, and when he opened the back passenger door, I immediately

Who did what?

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Rev. 5/20

noticed a black plastic grocery bag about the size of a baseball sitting on the floorboard of his vehicle. He got violent with me when I refused to get in until he removed that bag. I was not going to let him plant two bags of drugs on me that night.

> Was anyone else involved?

In deputy Rojas' deposition on December 17th 2021, he was asked if he notified his immediate supervisor of the violent abuse I was accusing him of. He says he says he did notify supervisor, but doesn't remember who it was. When asked if he filed a separate report about alledged abuse, he says "No" and when asked why not he says "I can't answer that". Deputy Rojas did fail in his duty in not filing report to supervisor of alledged abuse I was accusing him of.

In closing, on August 16th-17th, I was found guilty of one count of possession of controlled substance, but due to ineffective assistance of counsel, I have a great chance for appeal. Defense Counsel failed to mention hospital records into evidence. Defense Counsel also failed to bring forth evidence that clearly proves that there was two different "drug bags" in states discovery, and two different vehicles in which the drugs were planted. Clear and visible by the naked eye.

I will provide medical records and depositions to back up all claims of abuse by Michael S. Rojas, deputy Lee County Sheriffs office.

Rev. 5/20

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

In Relief, I prayerfully ask the courts to do a full and thorough investigation into the actions of Michael S. Rojas on the night of May 6th 2020 to the morning of May 7th 2020 in which Michael S. Rojas did cause me bodily in which sent me to Cape Coral Hospital by ambulance. And due to his action, and after being medically treated by emergency room Doctors and physicians, resulting in me having scrapes, cuts, bruising, and lacerations on the lower right side of back consistant with being slammed on my back with handcuffs on, and moderate levels of blood in my urine from being kneed in my groin by Deputy Michael Rojas.

I prayerfully ask the courts that after a full and thorough investigation of Deputy Michael

VII. RELIEF - #1

continued.....

Rojas, that the courts charge Deputy Michael Rojas with the following crimes which will correlate with the crime(s) committed.

A.) Falsifying official records - 2 counts
   1.) For failing to report alledged actions in his police report, completely omitting hospital records in its entirety.
   2.) For failing to notify his immediate supervisor that a person Deputy Rojas arrested has accused such officer of bodily harm. Deputy Rojas failed to give or didn't remember such name of Supervisor on day of incident in deposition.

B.) Assault on a citizen - 3 counts
   1.) For punching me in the chest
   2.) For forcefully slamming on my back, causing me bodily harm. Per medical records.
   3.) For kneeing me in the groin w/ such force, not only causing me bodily harm, but also caused me to have moderate levels of blood in urine. Per medical records.

VII. RELIEF - #2

continued.....

   c.) Official misconduct of a public servant: 1 count
      1.) For causing me bodily harm while in uniform, and
         myself for being a citizen of the public.

   D.) Use of excessive force - 3 counts
      1.) For punching me in the chest
      2.) For forcefully slamming me on my back causing me bodily
         harm. Per Medical Records
      3.) For kneeing me in groin causing blood in my urine.
         PER MEDICAL RECORDS
   E.) Violation of 6th Amendment

   F.) Violation of 14th Amendment

Rev. 5/20

## VIII.  LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

*ALL LITIGANTS MUST ANSWER:.*

Have you to date brought any other lawsuits in state or federal court while     ☐ Yes     ☒ No
a confined?

　　　If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Page 9 of 10**

Rev. 5/20

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

8-22-2022
Dated

Plaintiff's Signature

Hembree, Guillermo, G.
Printed Name (Last, First, MI)

287689
Identification #

Lee County Jail          Fort Myers        Florida       33905
Institutional Name        City              State         Zip Code